| | |
|---|---|
| PETER D. KEISLER | COLLEEN FLYNN (SBN 235281) |
| Assistant Attorney General | CHRIS FORD (SBN 239376) |
| | 3435 Wilshire Blvd., Suite 2900 |
| KEVIN V. RYAN | Los Angeles, CA 90010 |
| United States Attorney | Telephone: (213) 252-9444 |
| | Facsimile: (213) 252-0091 |
| ELIZABETH J. SHAPIRO (D.C. Bar No. 418925) | Email: colleen_ucsc@hotmail.com |
| EDWARD H. WHITE (D.C. Bar No. 468531) | |
| U.S. Department of Justice | W. GORDON KAUPP (SBN 226141) |
| Civil Division, Federal Programs Branch | 115 ½ Bartlett Street |
| 20 Massachusetts Avenue, N.W., Room 6110 | San Francisco, CA 94110 |
| Washington, D.C.  20530 | Telephone: (415) 285-8091 |
| Telephone:  (202) 514-5108 | Facsimile: (415) 285-8092 |
| Facsimile:  (202) 318-4268 | Email: gordonk@hotmail.com |
| Email: ned.white@usdoj.gov | |
| | Attorneys for Plaintiffs Marguerite Hiken |
| Attorneys for Defendants Department of Defense | and the Military Law Task Force |
| and United States Central Command | |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGUERITE HIKEN and THE MILITARY LAW TASK FORCE, | Case No. CV-06-2812 (MHP) |
| Plaintiffs, | **JOINT STIPULATION AND MOTION REGARDING SUBMISSION OF CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| DEPARTMENT OF DEFENSE and UNITED STATES CENTRAL COMMAND | CASE MANAGEMENT CONFERENCE |
| Defendants. | Date: September 13, 2006 Time: 2:00 p.m. |

Subject to the Court's approval and as discussed in the Joint Case Management Conference Statement, Rule 26(f) Report, and Proposed Order (dkt. no. 9) (July 24, 2006), plaintiffs Marguerite Hiken and the Military Law Task Force ("plaintiffs") and defendants

Joint Stipulation and Motion Regarding
Submission of Cross- Motions for
Summary Judgment  CV-06-2812 (MHP)

Department of Defense and United States Central Command ("defendants"), through their undersigned counsel, hereby agree and stipulate as follows:

1. Because this case involves claims raised under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, the case may be fully and efficiently resolved through the submission of the parties' cross-motions for summary judgment discussed below.

2. Submission and briefing of the parties' cross-motions for summary judgment shall proceed according to the following schedule:

| | |
|---|---|
| Defendants' motion for summary judgment | October 20, 2006 |
| Plaintiffs' opposition to defendants' motion for summary judgment and cross-motion for summary judgment | November 17, 2006 |
| Defendants' reply in support of their motion for summary judgment and opposition to plaintiffs' cross-motion for summary judgment | December 15, 2006 |
| Plaintiffs' reply in support of their cross-motion for summary judgment | January 19, 2007 |

WHEREFORE, the parties move jointly for entry of a schedule pertaining to the submission of cross-motions for summary judgment as set forth above.

A proposed order is attached.

| | |
|---|---|
| Dated: August 11, 2006 | Respectfully submitted, |
| | PETER D. KEISLER<br>Assistant Attorney General |
| | KEVIN V. RYAN<br>United States Attorney |
| | /s/ Edward H. White<br>ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)<br>EDWARD H. WHITE (D.C. Bar No. 468531)<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W., Room 6110<br>Washington, D.C. 20530<br>Tel: (202) 514-5108<br>Fax: (202) 318-4268<br>Email: ned.white@usdoj.gov |
| | Attorneys for Defendants |
| | /s/ Colleen Flynn<br>COLLEEN FLYNN (SBN 235281)<br>3435 Wilshire Blvd., Suite 2900<br>Los Angeles, CA 90010<br>Tel: (213) 252-9444<br>Fax: (213) 252-0091<br>Email: colleen_ucsc@hotmail.com |
| | Attorney for Plaintiffs |

Joint Stipulation and Motion Regarding
Submission of Cross- Motions for
Summary Judgment  CV-06-2812 (MHP)      -3-

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

|  |  |
|---|---|
| MARGUERITE HIKEN and<br>THE MILITARY LAW TASK FORCE,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE and<br>UNITED STATES CENTRAL COMMAND<br><br>Defendants. | Case No. CV-06-2812 (MHP)<br><br>[PROPOSED] ORDER<br><br>CASE MANAGEMENT CONFERENCE<br>Date: September 13, 2006<br>Time: 2:00 p.m. |

## [PROPOSED] ORDER

Upon consideration of the JOINT STIPULATION AND MOTION REGARDING SUBMISSION OF CROSS-MOTIONS FOR SUMMARY JUDGMENT, it is hereby

ORDERED that the parties' joint stipulation and motion is GRANTED, and it is

ORDERED that submission and briefing of the parties' cross-motions for summary judgment shall proceed according to the following schedule:

| | |
|---|---|
| Defendants' motion for summary judgment | October 20, 2006 |
| Plaintiffs' opposition to defendants' motion for summary judgment and cross-motion for summary judgment | November 17, 2006 |
| Defendants' reply in support of their motion for summary judgment and opposition to plaintiffs' cross-motion for summary judgment | December 15, 2006 |

Joint Stipulation and Motion Regarding
Submission of Cross- Motions for
Summary Judgment  CV-06-2812 (MHP)         -4-

1 | Plaintiffs' reply in support of their cross-motion for summary judgment    January 19, 2007

3

4 IT IS SO ORDERED.

7 Dated: August 28, 2006

**IT IS SO ORDERED**

Judge Marilyn H. Patel

MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

28 | Joint Stipulation and Motion Regarding Submission of Cross- Motions for Summary Judgment  CV-06-2812 (MHP)    -5-