1  PETER D. KEISLER
   Assistant Attorney General
2
   SCOTT SCHOOLS
3  Acting United States Attorney

4  ELIZABETH SHAPIRO
   WILLIAM B. JAFFE
5  U.S. Department of Justice
   Civil Division, Federal Programs Branch
6  20 Massachusetts Avenue, N.W., Room 6110
   Washington, D.C.  20530
7  Telephone:  (202) 353-7633
   Facsimile:  (202) 616-8460
8  Email: william.jaffe@usdoj.gov

9  Attorneys for Defendants Department of Defense and United States Central Command

10                    UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                         SAN FRANCISCO DIVISION

12  _____
                                              )
    MARGUERITE HIKEN and                      )
13  THE MILITARY LAW TASK FORCE,              )
                                              )  Case No. CV-06-2812 (MHP)
14                                            )
            Plaintiffs,                       )
15                                            )
                v.                            )
16                                            )
    DEPARTMENT OF DEFENSE and                 )  Date:
17  UNITED STATES CENTRAL COMMAND             )  Time:
                                              )
18          Defendants.                       )
    _____)
19
                **STIPULATION FOR ENLARGEMENT OF TIME**
20
21      1.   The parties agree to an enlargement of time, until November 30, 2007, to file the
22  supplemental declaration required by the September 28, 2007 order in this action.   The
23  additional four weeks for the supplemental declaration has been requested to allow defendants
24  sufficient time to both conduct a new search for the documents in question, document this search,
25  and prepare the necessary declaration.
26      2.   The parties agree that the deadline for compliance with all other aspects of the
27  Court's September 28, 2007 order is hereby extended to Wednesday, October 31, 2007.
28      WHEREFORE, based on the foregoing, defendants respectfully request the Court to issue
    an order extending the time to comply with the September 28, 2007 order as described herein.

1  Dated: October 29, 2007

2
        s/ Chris Ford (Electronic Filing)
3  CHRIS FORD
3435 Wilshire Blvd.
4  Suite 2900
Los Angeles, CA 90010
5  Attorney for Plaintiff

6

PETER D. KEISLER
7  Assistant Attorney General

8  SCOTT SCHOOLS
Acting United States Attorney
9
        s/ William B. Jaffe  (Electronic Filing)
10  ELIZABETH SHAPIRO
WILLIAM B. JAFFE
11  Trial Attorney
United States Department of Justice
12  Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 6109
13  Washington, D.C.  20530
Tel.: (202) 353-7633
14  Fax: (202) 616-8460
Email: william.jaffe@usdoj.gov
15  Attorneys for Defendant

16  PURSUANT TO STIPULATION, IT IS SO ORDERED

17  Date:   10/30/2007

18  _____
    U.S.D.J.
19

20  *IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 29, 2007, a true and correct copy of the foregoing Stipulation for Enlargement of Time was served via ECF upon plaintiffs' counsel of record at the address listed below:

Chris Ford, Esq.
Colleen Flynn, Esq.
3435 Wilshire Blvd.
Suite 2900
Los Angeles, CA 90010

Dated: October 29, 2007

          s/ William B. Jaffe
         WILLIAM B. JAFFE