JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

SCOTT SCHOOLS
Acting United States Attorney

ELIZABETH SHAPIRO
WILLIAM B. JAFFE
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6110
Washington, D.C. 20530
Telephone: (202) 353-7633
Facsimile: (202) 616-8460
Email: william.jaffe@usdoj.gov

Attorneys for Defendants Department of Defense and United States Central Command

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGUERITE HIKEN and THE MILITARY LAW TASK FORCE, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF DEFENSE and UNITED STATES CENTRAL COMMAND <br><br> Defendants. | Case No. CV-06-2812 (MHP) <br><br> Date: <br> Time: |

**STIPULATION FOR ENLARGEMENT OF TIME**

1. The parties agree to an enlargement of time, until December 14, 2007, to file the supplemental declaration required by the September 28, 2007 order in this action, which is currently due on November 30, 2007. The additional time for the supplemental declaration has been requested to allow defendants sufficient time to both conduct a new search for the documents in question, document this search, and prepare the necessary declaration.

2. This is the second extension of this deadline.

WHEREFORE, based on the foregoing, defendants respectfully request the Court to issue an order extending the time to comply with the September 28, 2007 order as described herein.

Dated: November 26, 2007

| | |
|---|---|
| 1 | |
| 2 | s/ Chris Ford (Electronic Filing)<br>CHRIS FORD |
| 3 | 3435 Wilshire Blvd.<br>Suite 2900 |
| | Los Angeles, CA 90010 |
| 4 | Attorney for Plaintiff |
| 5 | |
| 6 | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General |
| 7 | SCOTT SCHOOLS |
| | Acting United States Attorney |
| 8 | |
| 9 | s/ William B. Jaffe  (Electronic Filing)<br>ELIZABETH SHAPIRO |
| | WILLIAM B. JAFFE |
| 10 | Trial Attorney<br>United States Department of Justice |
| 11 | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Avenue N.W.  Room 6109 |
| 12 | Washington, D.C.  20530<br>Tel.: (202) 353-7633 |
| 13 | Fax: (202) 616-8460 |
| | Email: william.jaffe@usdoj.gov |
| 14 | Attorneys for Defendant |
| 15 | PURSUANT TO STIPULATION, IT IS SO ORDERED |
| 16 | Date:  11/27/2007 |
| 17 | _____ |
| 18 | U.S.D.J. |

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2007, a true and correct copy of the attached Stipulation for Enlargement of Time was served via ECF upon plaintiffs' counsel of record at the address listed below:

Chris Ford, Esq.
Colleen Flynn, Esq.
3435 Wilshire Blvd.
Suite 2900
Los Angeles, CA 90010

Dated: November 26, 2007

                                          s/ William B. Jaffe
                                          WILLIAM B. JAFFE