COLLEEN FLYNN, SBN 235281
CHRIS FORD, SBN 239376
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA 90010
Telephone: (213) 252-9444
Facsimile: (213) 252-0091
E-mail: colleen_ucsc@hotmail.com

W. GORDON KAUPP, SBN 226141
115 ½ Bartlett Street
San Francisco, CA 94110
Telephone: (415) 285-8091
Facsimile: (415) 285-8092
E-mail: gordonk@hotmail.com

Attorneys for Plaintiffs

LAW OFFICE OF DENNIS CUNNINGHAM
San Francisco, Ca

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGUERITE HIKEN and THE MILITARY LAW TASK FORCE,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE and UNITED STATES CENTRAL COMMAND,<br><br>Defendants. | Case No. cv-06-2812 (MHP)<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME**<br>**(L.R. 6-1(b), 6-2 & 7-12)** |

TO THE HON. MARILYN H. PATEL, UNITED STATES DISTRICT JUDGE:

A hearing on Defendants' Supplemental Motion for Summary Judgment is calendared for January 28, 2008. A hearing on Defendants' Supplemental Motion for Summary Judgment had previously been set for December 10, 2007 but was changed to January 28, 2007 due to lead counsel's unavailability. (Dkt. 63) After change of hearing date, Defendants filed a Renewed Motion for Summary Judgment on December 14, 2007. (Dkt. 66)

Counsel for Plaintiffs, Gordon Kaupp, met and conferred with defense counsel, William

1

Jaffe, seeking a stipulated extension to file Plaintiffs' Opposition based on the continued

unavailability of lead counsel; who is abroad until January 19, 2008. Counsel for both parties

agreed that it would be preferable to extend the date of the hearing so that: 1) Plaintiffs and their

counsel could conduct a thorough review of the 2000 plus pages of documents that the

Defendants produced in order to make a considered judgment about which documents they

would seek to have redacted, if any; 2) Plaintiffs' lead attorney could meaningfully participate in

that process, and 3) so that the entire matter could be handled before the Court in a global

manner, rather than a piecemeal approach due to any further motions Plaintiffs may need to

make based on the documents produced by the Defendants.

WHEREFORE, based on the foregoing, and the attached declaration, the parties

respectfully request the Court issue an order changing the hearing date from January 28, 2008 to

April 14, 2008 for hearing on the Defendants' Supplemental Motion for Summary Judgment,

Defendants' Renewed Motion for Summary Judgment and (possibly) Plaintiffs' Renewed

Motion for Summary Judgment.

- Plaintiff's opposition to defendant's renewed motion and plaintiff's renewed cross-motion (if any) due Monday, 2/11/08.

- Defendant's reply to its renewed motion and opposition to plaintiff's renewed cross-motion (if any) due Tuesday, 3/11/08.

- Plaintiff's reply to its renewed cross-motion (if any) due Tuesday, 3/25/08.

- All motions set for hearing before the court on Monday, April 14, 2008.

DATED:  December 28, 2007                    Respectfully submitted,

                                             BY:  _/s/ Gordon Kaupp_
                                             W. GORDON KAUPP
                                             COLLEEN FLYNN
                                             CHRIS FORD
                                             Attorneys for Plaintiffs


                                             BY:  _/s/ William Jaffe_
                                             ELIZABETH SHAPIRO
                                             WILLIAM B. JAFFE
                                             Trial Attorney
                                             United States Department of Justice

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __1/2/2008_____

_____
HON. MARILYN P. PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICE OF DENNIS CUNNINGHAM
San Francisco, Ca