UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIKEN, et al., | No. 06-cv-2812(MHP) |
| Plaintiffs, | |
| v. | ORDER |
| DEPT. OF DEFENSE, et al., | |
| Defendants. | |

The consent motion for an enlargement of time until March 17, 2008, to file defendants' reply and opposition to the cross-motion is GRANTED.

The revised schedule is as follows:

Defendants' reply and opposition to plaintiffs' cross-motion: March 17, 2008.

Plaintiffs' reply on their cross-motion: March 31, 2008.

Oral argument on all pending motions: April 14, 2008.

SO ORDERED:

Dated March 11, 2008

IT IS SO ORDERED

Judge Marilyn H. Patel