COLLEEN FLYNN, SBN 235281
CHRIS FORD, SBN 239376
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA 90010
Telephone: (213) 487-8000
Facsimile: (213) 487-8001
E-mail: colleen_ucsc@hotmail.com

W. GORDON KAUPP, SBN 226141
115 ½ Bartlett Street
San Francisco, CA 94110
Telephone: (415) 285-8091
Facsimile: (415) 285-8092
E-mail: gordonk@hotmail.com

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGUERITE HIKEN and THE MILITARY LAW TASK FORCE,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE and UNITED STATES CENTRAL COMMAND,<br><br>Defendants. | Case No. CV-06-2812 (MHP)<br><br>NOTICE OF A SUBMITTED MATTER PURSUANT TO L.R. 7-13 |

TO THE ABOVE-ENTITLED COURT AND TO THE UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that a matter has been under submission to this Court for more than 120 days.

Pursuant to Civil Local Rule 7-13 whenever a motion has been under submission for more than 120 days a party may file with the court a notice that the matter remains under submission. Plaintiffs now file this Notice pursuant to Local Rule 7-13 to bring this matter to the Court's attention.

I. SUMMARY

On April 28, 2008, this Court heard oral argument on cross-motions for summary judgment arising out of a Freedom of Information Act request initiated by plaintiffs in March 2005. After argument, the Court took the matter under submission. (Hearing Tr., 34:20-35:6, April 28, 2008.) On August 26, 2008, 120 days had elapsed from the date the Court took the matter under submission.

II. CONCLUSION

Plaintiffs respectfully notify the Court that more than 120 days have elapsed since this matter was taken under submission.

Respectfully Submitted,

COLLEEN FLYNN
CHRIS FORD
W. GORDON KAUPP

DATED: September 9, 2008

By: _____
COLLEEN FLYNN
Attorney for Plaintiffs