**CHRIS FORD**, ATTORNEY AT LAW

3435 Wilshire Boulevard, Suite 2900 • Los Angeles • California 90010

cfordlaw@earthlink.net

t) 213.487.8000; f) 213.487.8001

December 2, 2008

Hon. Marilyn Hall Patel
Courtroom 15, 18th Floor
United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  *Hiken v. Dept. of Defense*, 06-CV-2812
     **Request for Case Status**

Dear Judge Patel:

Plaintiffs Marguerite Hiken and the Military Law Task Force respectfully request information regarding the status of the above-referenced case.

On April 28, 2008, this Court heard oral arguments on cross-motions for summary judgment arising out of a Freedom of Information Act request initiated by plaintiffs in March 2005. After argument, the Court took the matter under submission. (Hearing Tr., 34:20-35:6, April 28, 2008.)

On September 9, 2008, plaintiffs filed a Notice of Submitted Matter, notifying the Court that more than 120 days had elapsed since the Court had taken the matter under submission.

Plaintiffs look forward to the Court's response.

Very truly yours,

Chris Ford, Esq.

cc: Marti Hiken, via e-mail
    Joseph C. Folio III, Esq., via e-mail