COLLEEN FLYNN, SBN 235281
CHRIS FORD, SBN 239376
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA 90010
Telephone: (213) 487-8000
Facsimile: (213) 487-8001
E-mail: colleen_ucsc@hotmail.com

W. GORDON KAUPP, SBN 226141
115 ½ Bartlett Street
San Francisco, CA 94110
Telephone: (415) 285-8091
Facsimile: (415) 285-8092
E-mail: gordonk@hotmail.com

ATTORNEYS FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARGUERITE HIKEN and THE MILITARY LAW TASK FORCE,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE and UNITED STATES CENTRAL COMMAND,<br><br>Defendants. | Case No. CV-06-2812 (MHP)<br><br>**NOTICE OF SUBMITTED MATTER PURSUANT TO L.R. 7-13 AND REQUEST FOR CASE STATUS** |

**TO THE HON. MARILYN HALL PATEL, JUDGE OF THE UNITED STATES DISTRICT COURT AND TO THE UNITED STATES ATTORNEY:**

**PLEASE TAKE NOTICE** that a matter has been under submission to this Court for more than 120 days.

Pursuant to Civil Local Rule 7-13, whenever a motion has been under submission for more than 120 days, a party may file with the court a notice that the matter remains under submission. Plaintiffs now file this Notice pursuant to Local Rule 7-13 and Request for Case Status to bring this matter to the Court's attention.

## I.  SUMMARY

On February 16, 2010, plaintiffs filed a motion for an interim fee award. (Dkt. No. 83). On April 21, 2010, the Court filed a notice informing the parties that the hearing on the fee motion, scheduled for April 26, 2010, had been vacated and that the motion was submitted on the papers without oral argument. (Dkt. No. 90).

## II.  CONCLUSION

Plaintiffs respectfully notify the Court that more than 120 days have elapsed since the Court took plaintiffs' motion for an interim fee award[1] under submission and respectfully request information on the status of this case.

DATED: August 24, 2010                    Respectfully Submitted,

COLLEEN FLYNN
CHRIS FORD
W. GORDON KAUPP

By: _____
COLLEEN FLYNN
Attorney for Plaintiffs

---

[1] Regarding the parties' renewed motions for summary judgment, plaintiffs filed a Notice of Submitted Matter on September 9, 2008 (Dkt. No. 80), a Request for Case Status on December 2, 2008 (Dkt. No. 82) and a Notice of Submitted Matter and Request for Case Status on June 23, 2010 (Dkt. No. 91).