COLLEEN FLYNN, SBN 235281
CHRIS FORD, SBN 239376
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA 90010
Telephone: (213) 487-8000
Facsimile: (213) 487-8001
E-mail: colleen_ucsc@hotmail.com

W. GORDON KAUPP, SBN 226141
115 ½ Bartlett Street
San Francisco, CA 94110
Telephone: (510) 821-1849
E-mail: gordonk@hotmail.com

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGUERITE HIKEN and THE MILITARY LAW TASK FORCE,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE and UNITED STATES CENTRAL COMMAND,<br><br>Defendants. | **Case No. CV-06-2812 (MHP)**<br><br>**NOTICE OF SUBMITTED MATTER PURSUANT TO LOCAL RULE 7-13** |

**TO THE HONORABLE MARILYN HALL PATEL, JUDGE OF THE UNITED STATES DISTRICT COURT AND TO THE UNITED STATES ATTORNEY:**

  **PLEASE TAKE NOTICE** that two matters have been under submission to this Court for more than 120 days.

//

//

1  Under Civil Local Rule ("L.R.") 7-13, whenever a motion has been under submission for
2 more than 120 days, a party may file with the court a notice that the matter remains under
3 submission. Plaintiffs now file this Notice under L.R. 7-13 and respectfully request that the Court
4 rule on Plaintiffs' Motion for Summary Judgment filed November 12, 2007 (Docket No. 60) and
5 Plaintiffs' Motion For An Interim Fee Award filed April 21, 2010 (Docket No. 83).

6  On November 12, 2007, Plaintiffs filed their Motion for Summary Judgment. (Docket No.
7 60.) The hearing on Plaintiffs' Motion for Summary Judgment was held on April 28, 2008.
8 (Docket No. 78.) On September 9, 2008, Plaintiffs filed a Notice of Submitted Matter. (Docket
9 No. 80.)

10  On February 16, 2010, Plaintiffs filed their Interim Motion for Attorney Fees. (Docket No.
11 83.) On April 21, 2010, this Court vacated the hearing for Plaintiffs' interim fee award motion.
12 (Docket No. 90.) On June 23, 2010, Plaintiffs filed their Notice of Submitted Matter & Request for
13 Case Status. (Docket No. 91.) On August 24, 2010, Plaintiffs filed another notice of submitted
14 matter and request for case status. (Docket No. 92.)

15  Plaintiffs now file the within Notice of Submitted Matter and respectfully request that this
16 Court rule on Plaintiffs' Motion for Summary Judgment (Docket No. 60) and Plaintiffs' Motion
17 For An Interim Fee Award (Docket No. 83). No sooner than thirty days after the filing of this
18 Notice. Plaintiffs will file a petition for writ of mandamus with the United States Court of Appeals
19 for the Ninth Circuit and seek an order from the Court to compel this Court to rule on Plaintiffs'
20 two outstanding motions.

21
22 DATED: July 25, 2011                    Respectfully submitted,
23
24                                         BY:   /s/ Gordon Kaupp
25                                             COLLEEN FLYNN
                                               CHRIS FORD
26                                             W. GORDON KAUPP
27                                             Attorneys for Plaintiffs
28