UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARGUERITE HIKEN and THE MILITARY LAW TASK FORCE,

        Plaintiff(s),

vs.

DEPARTMENT OF DEFENSE and UNITED STATES CENTRAL COMMAND,

        Defendant(s).

No. C 06-2812 MHP

**ORDER RE REASSIGNMENT**

FILED MAR 22 2012 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

    This matter having been assigned to the undersigned judge and Chief Judge James Ware agreeing to reassignment for the purpose of resolving the remaining issues in this action, I hereby agree to the reassignment and request the Executive Committee reassign the action to Chief Judge Ware.

DATED: March 19, 2012

MARILYN HALL PATEL
United States District Court Judge

    The undersigned judge having consented to the reassignment of this case from Judge Marilyn Hall Patel hereby agrees to accept the reassignment and requests the Executive Committee reassign the action to the undersigned.

DATED: March 20, 2012

JAMES WARE
Chief Judge United States District Court
Northern District of California