IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Marguerite Hiken, et al., | NO. C 06-02812 JW |
| Plaintiffs, | **ORDER CONTINUING HEARING** |
| v. | |
| Department of Defense, et al., | |
| Defendants. | |

A hearing on Defendants' Motion for Clarification and Partial Reconsideration[1] is scheduled for April 30, 2012. Upon review of the case, and in order to control its own docket, the Court finds good cause to CONTINUE the April 30 hearing to **May 14, 2012 at 9 a.m.**

Dated: April 9, 2012

JAMES WARE
United States District Chief Judge

---

[1] (Docket Item No. 106.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Colleen Flynn colleen_ucsc@hotmail.com
Timothy Andrew Johnson timothy.johnson4@usdoj.gov
W. Gordon Kaupp gordonk@hotmail.com

**Dated: April 9, 2012**                                              **Richard W. Wieking, Clerk**

                                                    **By:    /s/ JW Chambers**
                                                             **Susan Imbriani**
                                                             **Courtroom Deputy**

**United States District Court**
For the Northern District of California