IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Marguerite Hiken, et al., | NO. C 06-02812 JW |
|     Plaintiffs, | **ORDER VACATING HEARING** |
|   v. | |
| Department of Defense, et al., | |
|     Defendants. | |

Presently before the Court is Plaintiffs' Motion for Attorney Fees.[1] The Motion is scheduled for a hearing on July 9, 2012. Upon review, however, the Court finds that it is appropriate to take the Motion under submission without oral argument. See Civ. L.R. 7-1(b).

Accordingly, the Court VACATES the July 9 hearing on the Motion.

Dated: July 3, 2012

JAMES WARE
United States District Chief Judge

---

[1] (Plaintiffs' Notice of Motion and Motion for an Attorney Fee Award Per 5 U.S.C. § 552(a)(4)(E); Memorandum of Points and Authorities in Support Thereof, hereafter, "Motion," Docket Item No. 115.)

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Colleen Flynn colleen_ucsc@hotmail.com
Timothy Andrew Johnson timothy.johnson4@usdoj.gov
W. Gordon Kaupp gordonk@hotmail.com

**Dated: July 3, 2012**                                                                 **Richard W. Wieking, Clerk**

                                                    **By:     /s/ JW Chambers**
                                                          **William Noble**
                                                          **Courtroom Deputy**

**United States District Court**
For the Northern District of California