1  COLLEEN FLYNN, SBN 234281
   CHRIS FORD, SBN 239376
2  3435 Wilshire Blvd., Suite 2900
   Los Angeles, CA 90010
3  Telephone: (213) 487-8000
4  Facsimile: (213) 487-8001
   E-mail: colleen_ucsc@hotmail.com
5
   W. GORDON KAUPP, SBN 226141
6  115 ½ Bartlett Street
   San Francisco, CA 94110
7  Telephone: (415) 285-8091
8  Facsimile: (415) 285-8092
   E-mail: gordonk@hotmail.com
9
   ATTORNEYS FOR PLAINTIFFS
10

11              UNITED STATES DISTRICT COURT FOR THE

12              NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION

14

15 | MARGUERITE HIKEN and | **Case No. CV-06-2812 (MHP)**
   | THE MILITARY LAW TASK FORCE, |
16 | |
17 |     Plaintiffs, | **JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE AND CONTINUE HEARING ON PLAINTIFFS' MOTION FOR ATTORNEY FEES**
18 |     v. |
19 | |
20 | DEPARTMENT OF DEFENSE | Judge: Hon. James Ware, Chief Judge
   | and UNITED STATES |
21 | CENTRAL COMMAND, |
22 | |
   |     Defendants. |
23

24

25 //

26 //

27 //

28 //

                              1
         Stipulation Requesting Enlargement of Time to File Reply

1    This joint stipulation is entered into by and between all named parties in this action

2 including Plaintiffs Marguerite Hiken and the Military Law Task Force ("Plaintiffs") and

3 Defendants United States Department of Defense and United States Central Command

4 ("Defendants").

5    Pursuant to Civil Local Rule 6-2, the parties request the Court enter an order for

6 enlargement of time to file Plaintiff's Reply to Defendants' Opposition to Plaintiffs'

7 Renewed Motion for Attorney Fees by one Court day, until July 5, 2012.

8    The parties submit good cause supports this stipulation and request for order,

9 pursuant to the following:

10 A.)    On May 24, 2012, the Court filed an Order Granting Defendants' Motion for

11 Clarification and Partial Reconsideration, (Document No. 111), which set July 9, 2012 as

12 the presumptive hearing date on Plaintiffs' Renewed Motion for Attorney Fees.

13 B.)    On June 6, 2012 the Court filed an Order Denying Extension, (Document No. 114),

14 by which it set June 14, 2012 as the due date for Plaintiffs' motion; June 28, 2012 as the

15 due date for Defendants' Opposition; and July 3, 2012 as the due date for Plaintiff's Reply.

16 C.)    Although Defendants filed their Opposition on June 28, 2012 as Ordered, Plaintiffs

17 were unable to access the document via the PACER system on that date. In fact, Plaintiffs

18 were unable to access the Opposition until late the following day, June 29, 2012.

19 D.)    Plaintiffs' lead counsel, Colleen Flynn, is engaged in a trial in *David Venegas et al.*

20 *v. County of Los Angeles et al.,* Los Angeles Superior Court Case No. BC 207136, which

21 began on June 25, 2012.

22 E.)    Plaintiffs have not previously sought an enlargement of time with regard to this

23 Reply.

24 F.)    In light of the forgoing, the parties have agreed to extend the briefing schedule to

25 permit Plaintiffs to file their Reply on July 5, 2012.

26    WHEREFORE, the parties to this stipulation hereby agree and request entry of an

27 order as follows:

28

1       1.      The parties request the briefing schedule on Plaintiffs' Reply to Defendants'

2   Opposition to Plaintiffs' Renewed Motion for Attorney Fees be extended to permit

3   Plaintiffs to file their Reply on July 5, 2012.

4

5   DATED: July 3, 2012                          Respectfully submitted,

6

7                                               BY:____/s/ Colleen Flynn
                                                      COLLEEN FLYNN
8                                                     CHRIS FORD
                                                      W. GORDON KAUPP
9                                                     Attorneys for Plaintiffs

10

11

12  DATED: July 3, 2012                          Respectfully submitted,

13

14                                              BY:_/s/ Timothy A. Johnson_
                                                      TIMOTHY A. JOHNSON
15                                                    U.S. Department of Justice
                                                      Civil Division
16                                                    Attorney for Defendants

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation Requesting Enlargement of Time to File Reply