STUART F. DELERY
Acting Assistant Attorney General

MELINDA HAAG
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

TIMOTHY A. JOHNSON
D.C. Bar No. 986295
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-1359
Facsimile: (202) 616-8470
E-mail: timothy.johnson4@usdoj.gov

*Attorneys for Defendants*
*Department of Defense*
*and U.S. Central Command*

**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSISCO DIVISION

MARGUERITE HIKEN and
THE MILITARY LAW TASK FORCE,

          Plaintiffs,

   v.

DEPARTMENT OF DEFENSE and
UNITED STATES CENTRAL COMMAND,

          Defendants.

Case Number: C 06-02812 (JW)

**STIPULATION AND [~~PROPOSED~~]
ORDER RE ENTRY OF JUDGMENT**

1. Pursuant to the Court's Order Granting In Part Plaintiffs' Motion for Attorney Fees (Dkt. No. 125), Plaintiffs Marguerite Hiken and The Military Law Task Force ("Plaintiffs") and Defendants Department of Defense and United States Central Command ("Defendants") hereby stipulate that judgment should be entered in accordance with the Court's Orders dated October 2, 2007 (Dkt. No. 53,), February 2, 2012 (Dtk. No. 94.), May 24, 2012 (Dkt. No. 111) and August 21, 2012 (Dkt. No. 125.), thereby resolving this action and preserving each party's right to appeal.

2. Wherefore, the parties respectfully request that the Court, pursuant to the parties' stipulation and in accordance to the Court's prior orders, enter final judgment. Plaintiffs shall recover attorney fees in the amount of $180,520.00 and costs in the amount of $1,059.99, payable on or before August 31, 2012.[1]

Dated: August 24, 2012                    Respectfully submitted,

                                          STUART F. DELERY
                                          Acting Assistant Attorney General

                                          MELINDA HAAG
                                          United States Attorney

                                          ELIZABETH J. SHAPIRO
                                          Deputy Branch Director

                                          */s/ Timothy A. Johnson*
                                          TIMOTHY A. JOHNSON
                                          U.S. Department of Justice
                                          Civil Division
                                          Federal Programs Branch

---

[1] The government reserves the right to seek appropriate relief from the Court's order requiring payment of the fee award by August 31, 2012. The government believes it is entitled to a stay of that deadline pending appeal or expiration of the time to file a notice of appeal.

2

*Stipulated Judgment, C 06-02812 (JW)*

20 Massachusetts Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-1359
Facsimile: (202) 616-8470
E-mail: timothy.johnson4@usdoj.gov

*Attorneys for Defendants*

Dated: August 24, 2012                          Respectfully submitted,


*/s/ Colleen Flynn*
COLLEEN FLYNN
CHRISTOPHER FORD
W. GORDON KAUPP

*Attorneys for Plaintiffs*


PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Clerk shall close the file.

Dated: August 29, 2012

_____
JAMES WARE
United States District Judge

3

*Stipulated Judgment, C 06-02812 (JW)*