UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGUERITE HIKEN and THE MILITARY LAW TASK FORCE,<br><br>    Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF DEFENSE and UNITED STATES CENTRAL COMMAND,<br><br>    Defendants. | Case No.: 06-cv-02812-YGR<br><br>**ORDER VACATING MARCH 12, 2013 HEARING DATE** |

    Defendants have filed a Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge. (Dkt. No. 140.) Defendants noticed this matter for hearing on March 12, 2013.

    Under Civil Local Rule 72-3, "[e]xcept when the Court grants a motion under Civil L.R. 72-3(b), the Court's review and determination of a motion filed pursuant to Civil L.R. 72-3(a) shall be upon the record of the proceedings before the Magistrate Judge." In light of this rule, the Court hereby **VACATES** the hearing noticed for March 12, 2013. The Court will schedule a hearing if necessary.

    **IT IS SO ORDERED**.

Dated: March 5, 2013

                                                **YVONNE GONZALEZ ROGERS**
                                                **UNITED STATES DISTRICT COURT JUDGE**